UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

| | | |
|---|---|---|
| EMPLOYERS MUTUAL CASUALTY CO. | : | DOCKET NO. 2:19-cv-0191 |
| VERSUS | : | JUDGE JAMES D. CAIN, JR. |
| FIVE STAR INDUSTRIAL, LLC; ET AL. | : | MAGISTRATE JUDGE KAY |

## JUDGMENT

For the reasons stated in the Report and Recommendation [doc. 46] of the Magistrate Judge previously filed herein and after an independent review of the record, a *de novo* determination of the issues, and consideration of the objections filed herein, and having determined that the findings are correct under applicable law;

**IT IS ORDERED** that the Motions to Dismiss [docs. 16, 23] be **GRANTED** and that this suit be **DISMISSED WITHOUT PREJUDICE**.

**THUS DONE AND SIGNED** in Chambers this 23 day of July, 2019.

JAMES D. CAIN, JR.
UNITED STATES DISTRICT JUDGE